FANNIE RADER, Respondent, v. MARK COHEN, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, because of the exceptions to the rulings at folios 195 and 123 to 125 of the record. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

HARRY J. SHIELDS, as Trustee in Bankruptcy of ALEXANDER JUTKOVITZ, a Bankrupt, Appellant, v. ALEXANDER JUTKOVITZ and Others, Respondents. — Appeal dismissed on argument, with disbursements to respondents. Jenks, P. J., Thomas, Rich, Blackmar and Kelly, JJ., concurred.

MOLLIE THOMAS, Respondent, v. MARY K. HAUPT, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

ROBERT A. VAN CLEAVE, Respondent, v. WILLIAM C. DEMOREST and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

HENRY C. VAN CLEEF, as Administrator, etc., of CAROLINE E. DAKIN, Deceased, Respondent, v. CHARLES M. MAXFIELD, Appellant.— Under the pleadings the judgment and order must be affirmed, but it is the opinion of the court that the defendant should be permitted to make an application at the Special Term to open the judgment and amend the answer to plead a gift, as he may be advised. Judgment and order affirmed, with costs, Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

MICHAEL WOICIANOWICZ, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant.— Judgment and order reversed on reargument, and complaint unanimously dismissed, without costs, on the ground that the accident which is the subject of the action occurred in the State of Pennsylvania; that plaintiff was at the time a resident of that State, and the defendant a corporation organized under the laws of that State and transacting business there; that the claim presented by plaintiff depends largely upon the construction and applicability of statutes of the State of Pennsylvania, enforcing rules which do not prevail in the State of New York, and that it is evident from the testimony that plaintiff at the time of commencing the action was not a *bona fide* resident of the State of New York, but came here, or was brought here, for the purpose of instituting this action in the courts of this State. This court should decline to exercise jurisdiction, remitting plaintiff to the courts of the State of Pennsylvania upon condition that defendant stipulate to waive any statute of limitations which might bar plaintiff. (*Pietraroia* v. *N. J. & H. R. R. & F. Co.*, 197 N. Y. 434.) Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.